

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00164-CR

The **STATE** of Texas,
Appellant

v.

Raul Antonio **SANTISO**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2022CRB000395L2
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the trial court's order granting Raul Antonio Santiso's request for habeas relief, RENDER judgment dismissing Santiso's habeas application, and REINSTATE the information charging Santiso with the misdemeanor offense of criminal trespass.

SIGNED November 27, 2024.

_____
Rebeca C. Martinez, Chief Justice